IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES TOWNSEND, JR., <br> # 46264, <br><br> Plaintiff, <br><br> v. <br><br> DONALD VALENZA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:16-CV-335-WKW <br> ) [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On July 7, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Defendants' Motion to Dismiss (Doc. # 12) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Houston County Jail prior to initiating this cause of action;

(3) This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Houston County Jail; and

(4)     No costs are taxed.

A separate final judgment will be entered.

DONE this 2nd day of August, 2016.

                                              /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE